JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MELANIE L. PROCTOR (CSBN 228971)
Melanie.Proctor@usdoj.gov
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6730
    FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| MANOHAR SINGH DHANJU, | ) | No. C 08-02769 CW |
| | ) | |
|                 Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| JONATHAN SCHARFEN,* Acting Director, U.S. Citizenship and Immigration Services; et al., | ) ) ) | JOINT MOTION TO BE EXCUSED FROM THE FORMAL ADR PROCESS |
| | ) | |
|                 Defendants | ) | |

Each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them.

Here, the parties agree that referral to a formal ADR process will not be beneficial because this mandamus action is limited to Plaintiffs' request that this Court review the denial of his application for adjustment of status. Given the substance of the action and the lack of any potential middle ground, ADR will only serve to multiply the proceedings and unnecessarily tax court

---

*Pursuant to Fed. R. Civ. P. 25(d)(1), Jonathan Scharfen is substituted for his predecessor, Emilio T. Gonzalez.

JOINT MOTION RE: ADR
No. C 08-02769 CW

1  resources. Accordingly, pursuant to ADR L.R. 3-3(c), the parties request the case be removed from
2  the ADR Multi-Option Program and that they be excused from participating in the ADR phone
3  conference and any further formal ADR process.

4  Dated: August 22, 2008                                Respectfully submitted,

5                                                       JOSEPH P. RUSSONIELLO
                                                        United States Attorney
6

7
                                                        _____/s/_____
8                                                       MELANIE L. PROCTOR[1]
                                                        Assistant United States Attorney
9                                                       Attorney for Defendants

10
   Dated: August 22, 2008                               _____/s/_____
11                                                      ROBERT B. JOBE
                                                        Law Office of Robert B. Jobe
12                                                      Attorneys for Plaintiff

13
                                     **ORDER**
14
           Pursuant to stipulation, IT IS SO ORDERED.
15

16 Date:  8/29/08
                                                        _____
17                                                      CLAUDIA WILKEN
                                                        United States District Judge
18

---

28  [1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

JOINT MOTION RE: ADR
No. C 08-02769 CW                       2