IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MANOHAR SINGH DHANJU,

    Plaintiff,

  v.

JONATHAN SCHARFEN, et al.,

    Defendants.
                                       /

No. 08-02769 CW

ORDER VACATING CASE MANAGEMENT CONFERENCE AND SETTING BRIEFING SCHEDULE

    Pursuant to the Joint Case Management Statement,

    IT IS HEREBY ORDERED that the Case Management Conference set for September 16, 2008, is vacated. Defendants shall file a motion for summary judgment by October 16, 2008, and notice it for hearing on December 4, 2008, at 2:00 p.m. Plaintiff's opposition and cross-motion (contained within a single brief) will be due October 30, 2008. Defendants' reply and opposition to cross-motion (contained within a single brief) will be due November 6, 2008, and any surreply by Plaintiff will be due November 13, 2008.

9/11/08

Dated _____

_____
CLAUDIA WILKEN
United States District Judge