1   JOSEPH P. RUSSONIELLO (CSBN 44332)
    United States Attorney
2   JOANN M. SWANSON (CSBN 88143)
    Chief, Civil Division
3   MELANIE L. PROCTOR (CSBN 228971)
    Assistant United States Attorney
4
        450 Golden Gate Avenue, Box 36055
5       San Francisco, California 94102-3495
        Telephone: (415) 436-6730
6       FAX: (415) 436-7169
        Melanie.Proctor@usdoj.gov
7
    Attorneys for Defendants
8
                    UNITED STATES DISTRICT COURT
9
                  NORTHERN DISTRICT OF CALIFORNIA
10
                        OAKLAND DIVISION
11
    MANOHAR SINGH DHANJU,              )        No. C 08-02769 CW
12                                     )
                        Plaintiff,     )
13                                     )
            v.                         )
14                                     )
    JONATHAN SCHARFEN,* Acting         )        STIPULATION TO DISMISS; ORDER
15  Director, U.S. Citizenship and Immigration )
    Services; et al.,                  )
16                                     )
                        Defendants     )
17  _____ )

18          Plaintiff, by and through his attorney of record, and Defendants, by and through their

19  attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-

20  entitled action.

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27

28  *Pursuant to Fed. R. Civ. P. 25(d)(1), Jonathan Scharfen is substituted for his predecessor,
    Emilio T. Gonzalez.
    STIPULATION
    No. C 08-02769 CW

1    Each of the parties shall bear their own costs and fees.

2    Dated: September 29, 2008                          Respectfully submitted,

3                                                       JOSEPH P. RUSSONIELLO
                                                        United States Attorney
4

5
                                                        _____
6                                                              /s/
                                                        MELANIE L. PROCTOR[1]
7                                                       Assistant United States Attorney
                                                        Attorney for Defendants
8
     Dated: September 29, 2008                          _____
9                                                              /s/
                                                        ROBERT B. JOBE
10                                                      Law Office of Robert B. Jobe
                                                        Attorneys for Plaintiff
11

12                              **ORDER**

13       Pursuant  to  stipulation,  IT  IS  SO  ORDERED.   All  pending  deadlines  are  hereby

14   TERMINATED.  The Clerk shall close the file.

15

16   Date:        9/30/08
                                                        _____
17                                                      CLAUDIA WILKEN
                                                        United States District Judge
18

19

20

21

22

23

24

25

26

27   _____

28       [1]I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any
     signatures indicated by a "conformed" signature (/S/) within this efiled document.

     STIPULATION
     No. C 08-02769 CW                    2